IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BERT ROEHL,

    Petitioner,                        JUDGMENT IN A CIVIL CASE

v.                                        Case No. 15-cv-163-jdp

MARK NEWMAN,

    Respondent.

    This action came for consideration before the court with District Judge James D. Peterson presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing Bert Roehl's petition for a writ of habeas corpus under 28 U.S.C. § 2254 with prejudice.

/s/                                                    5/9/2016

Peter Oppeneer, Clerk of Court                  Date